**SUMMONS**

Anibal Suriel

FL Bar No.: 1028940

2222 Ponce De Leon Blvd., STE 300

Coral Gables, FL 33134

(305)878-4894

anibal@soliditylaw.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **DAVID RAY**, and **ANTONIO A LAVORGNA**,<br><br>                                    Plaintiffs,<br><br>     v.<br><br>**MIKE DOUGLASS PLUMBING, INC.,** a Florida corporation in Florida, and **LANE CURTIS**,<br><br>                                    Defendants. | Civil Action No.: 1:23cv22985<br><br> Judge**:** |

**SUMMONS**

To: **MIKE DOUGLASS PLUMBING, INC.,**

A lawsuit has been filed against you.

Within 21 days after service of this summons (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

      Anibal Suriel, Esq.

1

       2222 Ponce De Leon Blvd., STE 300

       Coral Gables, FL 33134

       (305)878-4894

       anibal@soliditylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Date: _____

Clerk of the Court

_____
Signature of Clerk or Deputy Clerk